UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISI CHITO LUSA YANANTA ) | |
| AKAWENC AKA WASTEUH ) | |
| MEHERRIN NATION, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-cv-1259 |
| ) | |
| STATE OF INDIANA, et al. ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Newberg |
|     Defendants. ) | |

### AMENDED MOTION FOR ADMISSION PRO HAC VICE
### OF REBECCA L. LOEFFLER

Defendants, the State of Indiana, Indiana Department of Child Services, Kamary Nunn, and Shirley Perez[1] ("State Defendants"), by and through counsel, and pursuant to M.D. Tenn. LR 83.01(d), respectfully move the Court for admission *Pro Hac Vice* of Indiana Deputy Attorney General Rebecca L. Loeffler of the Office of the Indiana Attorney General located at the Indiana Government Center South, 302 East Washington Street, Fifth Floor, Indianapolis, Indiana 46204.

Indiana Deputy Attorney General Rebecca L. Loeffler does not reside or maintain an office in this District. Ms. Loeffler is a member in good standing of the Bar of the United States District Court for the Southern District of Indiana (Atty. No. 25498-75). A Certificate of Good Standing from the Bar of the United States District Court for the Southern District of Indiana is attached hereto as Exhibit 1. A proposed order is attached hereto as Exhibit 2.

---

[1] The State of Indiana and Indiana Department of Child Services have no record of being served in this matter and counsel's appearance on their behalf is not a waiver of proper service in this matter.

1

Indiana Deputy Attorney General Rebecca L. Loeffler submits herself to the jurisdiction of this Court and represents that she is familiar with and agrees to be bound by the local rules of the United States District Court for the Middle District of Tennessee.

I, Rebecca L. Loeffler, declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

WHEREFORE, State Defendants respectfully move this Court to grant Rebecca L. Loeffler admission to appear before this Court on a *pro hac vice* basis.

Respectfully submitted,

Date: January 7, 2019     By:   *s/ Dawn Marie Jordan*
Dawn Marie Jordan, BPR # 020383
Senior Deputy Attorney General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN  37202
(615) 741-6440
Dawn.Jordan@ag.tn.gov

and

CURTIS T. HILL, JR.
Indiana Attorney General
Attorney No. 13999-20

By:  *s/ Rebecca L. Loeffler*
Rebecca L. Loeffler
Indiana Deputy Attorney General
Indiana Bar No. 25498-75
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 232-6526
Fax:  (317) 232-7979
Email:  Rebecca.Loeffler@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

> Tonya J. Austin
> FROST BROWN TODD LLC (NASHVILLE)
> taustin@fbt.aw.com
>
> Jeremey R. Goolsby
> FROST BROWN TODD LLC (NASHVILLE)
> jgoolsby@fbt.aw.com

I also certify that a copy of the foregoing has been served this January 7, 2019 by first-class, United States mail, postage pre-paid, on:

> Isi Chito Lusa Yananta
> 207 South Linda Drive
> Shelbyville, TN 37160
>
> Adam S. Willfond
> Assistant Corporation Counsel
> OFFICE OF CORPORATION COUNSEL
> 200 E. Washington Street, STE 1601
> Indianapolis, IN 46204

> > */s/ Dawn Marie Jordan*
> > Dawn Marie Jordan, BPR # 020383
> > Senior Deputy Attorney General
> > TENNESSEE ATTORNEY GENERAL'S OFFICE
> > P.O. Box 20207
> > Nashville, TN 37202
> > (615) 741-6440
> > Dawn.Jordan@ag.tn.gov