*United States District Court*

*For the Southern District of Indiana*



# CERTIFICATE OF
# GOOD STANDING

*I, Laura A. Briggs, Clerk of the United States District Court*
*for the Southern District of Indiana, do hereby certify that*

## REBECCA L. LOEFFLER

*was duly admitted and qualified as an Attorney and Counselor of said Court*
*on the 11th Day of July A.D., 2006, and is in good standing as a member of the bar of*
*said Court.*

*Furthermore, no pending disciplinary action is on record.*

_____
*Clerk of the United States District Court*

By: _____
*Deputy Clerk*

**Issued:** December 21, 2018